

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2013

No. 04-13-00315-CV

Gary A. **CAMPBELL**,
Appellant

v.

Deborah S. **CARRASCO**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01147
Honorable Michael E. Mery, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as an indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on August 7, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2013.

_____
Keith E. Hottle, Clerk